# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR USE AND BENEFIT OF ALLIED MODULAR,<br><br>Plaintiff,<br><br>v.<br><br>BILBRO CONSTRUCTION COMPANY, et al.,<br><br>Defendants. | Case No.: 1:18-cv-01519 DAD JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION; ORDER CONTINUING SCHEDULING CONFERENCE |

On November 1, 2018, the plaintiff initiated this action for actions related to a claimed breach of contract. (Doc. 1) The next day, the Court issued the summons (Doc. 3) and its order setting the mandatory scheduling conference to occur on January 31, 2019. (Doc. 4) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 4 at 1) Despite this, the plaintiff has not filed a proof of service of the summons and complaint and no defendant has appeared in the action. Therefore, the Court **ORDERS**,

  1. **<u>No later than January 25, 2019</u>**, the plaintiff **SHALL** show cause why sanctions

1

should not be imposed for the failure to serve the summons and complaint and file proof of service. Alternatively, the plaintiff may file proofs of service;

    2.    Due the failure of any defendant to appear and the lack of proof of service which prevents entry of default, the scheduling conference is **CONTINUED** to **February 27, 2019** at 9:00 a.m.

IT IS SO ORDERED.

Dated: **January 15, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE