# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR USE AND BENEFIT OF ALLIED MODULAR,<br><br>Plaintiff,<br><br>v.<br><br>BILBRO CONSTRUCTION COMPANY, et al.,<br><br>Defendants. | Case No.: 1:18-cv-01519 DAD JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 5)<br><br>ORDER DIRECTING THE PLAINTIFF TO FILE PROOF OF SERVICE, CONTINUING THE SCHEDULING CONFERENCE AND DIRECTING CLERK OF THE COURT TO CLOSE THE ACTION AS TO WESTERN SURETY COMPANY ONLY |

Recently, the Court ordered the plaintiff to show cause why sanctions should not be imposed for its failure to file proof of serve of the summons and complaint and to prosecute this action. (Doc. 5) Soon thereafter, the plaintiff filed an amended complaint and sought to dismiss the action as to Western Surety Company only. (Docs. 6, 7)

The plaintiff's attorney has asserted that defendant Bilbro has been served and that the plaintiff has granted a short extension of time for the responsive pleading to be filed. (Doc. 9 at 2) However, the plaintiff still has not filed proof of service as to this defendant and it appears that the new defendant, Hanover Insurance Group has not yet been served. Id.  Thus, the Court **ORDERS**:

1.	The order to show cause (Doc. 5) is **DISCHARGED**;

2.	The plaintiff **SHALL** file proof of service as to defendant Bilbro **within five court days** and **SHALL** file proof of service on defendant Hanover **by February 15, 2019**;

3. The mandatory scheduling conference is **CONTINUED** to **April 8, 2019** at 9:30 a.m.;

4. The Clerk of the Court is **DIRECTED** to close this action as to Western Surety Company only based upon the voluntary dismissal.

IT IS SO ORDERED.

Dated: **January 23, 2019**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE